**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

KURT GREAVES and GRACE GREAVES,

    Plaintiffs,

v.                                             Case No: 8:11-cv-915-T-30AEP

LITHIONICS BATTERY, LLC,
RXENERGY, LLC and STEVEN
TARTAGLIA,

    Defendants.

_____

**ORDER OF DISMISSAL**

Before the Court is the Stipulation of Dismissal Without Prejudice (Dkt. #26). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice, each party to bear their own attorney's fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 2nd day of October, 2012.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-915 dismiss 26.docx